**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number *(If known)*: ____________

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a joint case—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | For Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Robby<br>First name<br>Earl<br>Middle name<br>Brickler<br>Last name<br><br>Suffix (Sr., Jr., II, III) | Jody<br>First name<br>Lynn<br>Middle name<br>Brickler<br>Last name<br><br>Suffix (Sr., Jr., II, III) |

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)* ______

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and doing business as names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

| Debtor 1 | Debtor 2 |
|---|---|
| First name: Rob<br>Middle name: Earl<br>Last name: Brickler | First name: Jody<br>Middle name: L<br>Last name: Brickler |
| First name: Robby<br>Middle name: E<br>Last name: Brickler | First name: Jody<br>Middle name:<br>Last name: Brickler |
| First name: Robby<br>Middle name:<br>Last name: Brickler | |

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

| Debtor 1 | Debtor 2 |
|---|---|
| xxx – xx – 8 0 4 0 | xxx – xx – 5 6 1 2 |
| OR | OR |
| 9 xx – xx – __ __ __ __ | 9 xx – xx – __ __ __ __ |

**4. Your Employer Identification Number (EIN), if any.**

| About Debtor 1: | For Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| __ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN |
| __ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| 2017 Northwest 4th Street<br>Number Street | 2017 Northwest 4th Street<br>Number Street |
| Cape Coral (City) FL (State) 33993 (ZIP Code) | Cape Coral (City) FL (State) 33993 (ZIP Code) |
| Lee County<br>County | Lee County<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ____________

| | | |
|---|---|---|
| | Number Street | Number Street |
| | P.O.Box | P.O.Box |
| | City State Zip Code | City State Zip Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

- [x] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.
- [ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [x] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [x] No
- [ ] Yes.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ____________________

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [x] No
- [ ] Yes

**11. Do you rent your residence?**

- [x] **No.** Go to line 12.
- [ ] **Yes.** Has your landlord obtained an eviction judgment against you?

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- [x] **No.** Go to Part 4.
- [ ] **Yes.** Name and location of business

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- [x] No. I am not filing under Chapter 11.
- [ ] No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- [ ] Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- [ ] Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ____________

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- [x] **No**
- [ ] **Yes.** What is the hazard?

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)* ______________________

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ **No.** Go to line 16b.
- ☑ **Yes.** Go to line 17.

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ **No.** I am not filing under Chapter 7. Go to line 18.
- ☑ **Yes.** I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Part 7:** **Sign Below**

Debtor 1 Robby Earl Brickler
First Name Middle Name Last Name

Debtor 2 Jody Lynn Brickler
First Name Middle Name Last Name

Case number *(if known)* ______________________

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*x* /s/ Robby Earl Brickler
**Signature of Debtor 1**

Executed on 11/11/2026
MM/ DD/ YYYY

*x* /s/ Jody Lynn Brickler
**Signature of Debtor 2**

Executed on 11/11/2026
MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*x* /s/ Carmen Dellutri
Signature of Attorney for Debtor

Date 11/11/2026
MM / DD / YYYY

Carmen Dellutri
Printed name

Dellutri Law Group, P.A.
Firm name

1436 Royal Palm Square Blvd
Number Street

Fort Myers | FL | 33919
City | State | ZIP Code

Contact phone 239-939-0900

Email address cdellutri@dellutrilawgroup.com

0044385
Bar number

State

**Fill in this information to identify your case:**

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2 (Spouse, if filing): Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number ______

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1 2017 Northwest 4th Street
Street address, if available, or other description

Cape Coral (City) FL (State) 33993 (ZIP Code)

Lee County (County)

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: *Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 304,029.00

**Current value of the portion you own?** $ 304,029.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

______

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

______

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ____________

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ➔ $ 304,029.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make: BMW
Model: 530i
Year: 2017
Approximate mileage: 83,000
Other information:

**Who has an interest in the property?** **Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 9,346.00
**Current value of the portion you own?** $ 9,346.00

If you own or have more than one, list here:

**3.2.** Make: Ford
Model: Fusion
Year: 2016
Approximate mileage: 133,000
Other information:

**Who has an interest in the property?** **Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 3,566.00
**Current value of the portion you own?** $ 3,566.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** ➔ $ 12,912.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number (if known) |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe..........

Stove, oven, microwave, grill, refirgerator, dishwasher, washer, dryer, air conditioner, vacuum, carpet cleaner, toaster oven, toaster, blender, mixer, can opener, deep fryer, crock pot, humidifier, dehumidifier, iron, fans, bar stools, dinnerware and dishes, glassware and cups, flatware, pots and pans, utensils, knives, chairs, desk, couch, entertainment center, benches, end tables, bedroom suite, bed frame, mattress, night stand, dresser, bed frame, mattress, dresser, vanity, mirror, bed frame, box springs, mattress, mirror, vases, laundry baskets, ironing board, broom and mops, luggage, bed spreads, comforter and sheets, pillow and pillowcases, towels, washcloths, rugs, blinds adn curtains, patio furniture and chairs, lawnmower, hand and power tools, outbuilding

$ 1,275.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe..........

TVs, surround sound, clocks, video gaming system, printer, cell phones

$ 550.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☑ Yes. Describe..........

Prints, artwork, pictures, holiday decorations

$ 50.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe..........

Cameras, rods reel and tackle, board games

$ 50.00

Breeds and Sells Bull Python's

$ 200.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe..........

Firearm

$ 80.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe..........

Various men and women's clothing items and shoes

$ 200.00

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)*

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.......... Wedding bands, wedding ring, rings, necklaces, bracelets, earrings, watches — $ 230.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.......... Dog — $ 10.00

**14. Other personal and household items**

☑ No
☐ Yes.

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.** ➔ $ 2,645.00

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes. Cash: $ 0.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes

| | Institution name: | |
|---|---|---|
| 17.1 Checking Account | Fifth Third #4874 | $ 40.15 |
| 17.2 Checking Account | Fifth Third #9599 | $ 0.22 |
| 17.3 Savings account | Fifth Third #7189 | $ 1,928.32 |
| 17.4 Other financial account | Cash App | $ 0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes. Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.....................

Name of entity: % of ownership:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401k or similar plan | T. Rowe Price | $ 803.68 |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company.
***Examples:*** Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific information about them...

| | |
|---|---|
| FWC license to sell Python's | $ 0.00 |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**28. Tax refunds owed to you**

☑ No
☐ Yes

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes

**30. Other amounts someone owes you**

Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

Examples: Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes

**35. Any financial assets you did not already list**

☑ No
☐ Yes

**36. Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 5. Write that number here.** ➔ $ 2,772.37

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ______________________

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples: Season tickets, country club membership*

☑ No

☐ Yes. Give specific information...

**54. Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 7. Write that number here.** ➔ $ 0.00

**Part 8: List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| **55.** | **Part 1: Total real estate, line 2** → | | $ 304,029.00 |
| **56.** | **Part 2: Total vehicles, line 5** | $ 12,912.00 | |
| **57.** | **Part 3: Total personal and household items, line 15** | $ 2,645.00 | |
| **58.** | **Part 4: Total financial assets, line 36** | $ 2,772.37 | |
| **59.** | **Part 5: Total business-related property, line 45** | $ 0.00 | |
| **60.** | **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| **61.** | **Part 7: Total other property not listed, line 54** | +$ 0.00 | |
| **62.** | **Total personal property. Add lines 56 through 61** | $ 18,329.37 | Copy personal property total→ +$ 18,329.37 |
| **63.** | **Total of all property on Schedule A/B. Add line 55 + line 62** | | $ 322,358.37 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ________

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you list on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

**1. Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you.**

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

**2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2017 Northwest 4th Street, Cape Coral, FL 33993<br>Line from *Schedule A/B*: 1.1 | $ 304,029.00 | ☐ $ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(1), Fla. Const. |
| Brief description: T. Rowe Price 401k or similar plan<br>Line from *Schedule A/B*: 21 | $ 803.68 | ☐ $ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. § 222.21; 11 U.S.C. § 522(n) |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ______

| Brief description | Current value | Amount of the exemption | Specific laws |
|---|---|---|---|
| Brief description: Stove, oven, microwave, grill, refrigerator, dishwasher, washer, dryer, air conditioner, vacuum, carpet cleaner, toaster oven, toaster, blender, mixer, can opener, deep fryer, crock pot, humidifier, dehumidifier, iron, fans, bar stools, dinnerware and dishes, glassware and cups, flatware, pots and pans, utensils, knives, chairs, desk, couch, entertainment center, benches, end tables, bedroom suite, bed frame, mattress, night stand, dresser, bed frame, mattress, dresser, vanity, mirror, bed frame, box springs, mattress, mirror, vases, laundry baskets, ironing board, broom and mops, luggage, bed spreads, comforter and sheets, pillow and pillowcases, towels, washcloths, rugs, blinds adn curtains, patio furniture and chairs, lawnmower, hand and power tools, outbuilding<br>Line from *Schedule A/B:* 6 | $ 1,275.00 | ☑ $ 1,275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(2), Fla. Const. |
| Brief description: TVs, surround sound, clocks, video gaming system, printer, cell phones<br>Line from *Schedule A/B:* 7 | $ 550.00 | ☑ $ 550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(2), Fla. Const. |
| Brief description: Prints, artwork, pictures, holiday decorations<br>Line from *Schedule A/B:* 8 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(2), Fla. Const. |
| Brief description: Cameras, rods reel and tackle, board games<br>Line from *Schedule A/B:* 9 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(2), Fla. Const. |
| Brief description: Firearm<br>Line from *Schedule A/B:* 10 | $ 80.00 | ☑ $ 75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Art. X, § 4(a)(2), Fla. Const. |

Debtor 1 Robby Earl Brickler
First Name Middle Name Last Name

Debtor 2 Jody Lynn Brickler
First Name Middle Name Last Name

Case number *(if known)* ____________

Brief description: Checking account, Fifth Third #4874, Wages are being deposited into this account
$ 40.15
☐ $ ______
☑ 100% of fair market value, up to any applicable statutory limit
Fla. Stat. § 222.11
Line from *Schedule A/B:* 17.1

Brief description: Savings account, Fifth Third #7189, VA Disability income is deposited into this account
$ 1,928.32
☐ $ ______
☑ 100% of fair market value, up to any applicable statutory limit
Fla. Stat. § 222.18
Line from *Schedule A/B:* 17.3

**3. Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No
☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☐ No
  ☑ Yes

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |

United States Bankruptcy Court for the: Middle District of Florida

Case number

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 | $ 9,707.00 | $ 3,566.00 | $ 6,141.00 |

2.1

Bridgcrest
Creditor's Name

Po Box 29018
Number Street

Phoenix AZ 85038
City State Zipcode

**Who owes the debt?** **Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Atleast one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

2016 Ford Fusion, 133,000 miles

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 10/01/2025

**Last 4 digits of account number** 3 2 0 1

Debtor 1 Robby Earl Brickler (First Name / Middle Name / Last Name)

Debtor 2 Jody Lynn Brickler (First Name / Middle Name / Last Name)

Case number *(if known)* ______

**2.2**

M&T Bank
Creditor's Name

1100 Wehrle Drive
Number Street

Buffalo NY 14240
City State Zipcode

**Who owes the debt?** **Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] Atleast one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred** 06/01/2022

**Describe the property that secures the claim:**

2017 Northwest 4th Street, Cape Coral, FL 33993

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) ______

**Last 4 digits of account number** 1 6 7 2

$ 373,728.00 | $ 304,029.00 | $ 69,699.00

**2.3**

Truist Bank
Creditor's Name

Po Box 1847
Number Street

Wilson NC 27894
City State Zipcode

**Who owes the debt?** **Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] Atleast one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred** 11/01/2023

**Describe the property that secures the claim:**

2017 BMW 530i, 83,000 miles

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) ______

**Last 4 digits of account number** 1 0 0 1

$ 17,028.00 | $ 9,346.00 | $ 7,682.00

Add the dollar value of your entries in Column A on this page. Write that number here: $ 400,463.00

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number (if known) ______

collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.1**

GM Financial
Name

Po Box 181145
Number Street

Arlington (City) TX (State) 76096 (Zipcode)

**On which line in Part 1 did you enter the creditor?** 4.12

**Last 4 digits of account number** 9 7 8 7

**2.2**

M & T Bank
Name

Po Box 900
Number Street

Millsboro (City) DE (State) 19966 (Zipcode)

**On which line in Part 1 did you enter the creditor?** 2.2

**Last 4 digits of account number** 1 6 7 2

**2.3**

Truist
Name

Po Box 849
Number Street

Wilson (City) NC (State) 27894 (Zipcode)

**On which line in Part 1 did you enter the creditor?** 2.3

**Last 4 digits of account number** 1 0 0 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ____________________

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list them separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1: Robby Earl Brickler (First Name, Middle Name, Last Name)
Debtor 2: Jody Lynn Brickler (First Name, Middle Name, Last Name)

Case number *(if known)*

**4.1**

Am Honda Fin
NonPriority Creditor's Name
Po Box 168128
Number Street

Irving TX 75016
City State ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** X X X X

$ 0.00

**When was the debt incurred?** 11/04/2018

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Account

**4.2**

BanK of America
NonPriority Creditor's Name
400 Christiana Rd
Number Street

Newark DE 19713
City State ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 6 2 3

$ 9,419.00

**When was the debt incurred?** 08/01/2023

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card

Debtor 1 Robby Earl Brickler (First Name, Middle Name, Last Name)

Debtor 2 Jody Lynn Brickler (First Name, Middle Name, Last Name)

Case number *(if known)*

**4.3**

Cap One
NonPriority Creditor's Name
Po Box 85015
Number Street
Richmond VA 23285-5075
City State ZIP Code

**Last 4 digits of account number** 3 5 5 9 — $ 5,569.00

**When was the debt incurred?** 04/01/2022

**Who incurred the debt?** **Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card

**4.4**

Cap One
NonPriority Creditor's Name
Po Box 85015
Number Street
Richmond VA 23285-5075
City State ZIP Code

**Last 4 digits of account number** 8 3 5 2 — $ 4,053.00

**When was the debt incurred?** 03/01/2019

**Who incurred the debt?** **Check one.**

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card

Debtor 1 Robby Earl Brickler
First Name Middle Name Last Name
Debtor 2 Jody Lynn Brickler
First Name Middle Name Last Name

Case number *(if known)*

**4.5** Cap One
NonPriority Creditor's Name
Po Box 85015
Number Street

Richmond VA 23285-5075
City State ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 4 9 2 8 $ 11,132.00

**When was the debt incurred?** 04/01/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

**4.6** CCB/Bjsclub
NonPriority Creditor's Name
Po Box 182120
Number Street

Columbus OH 43218
City State ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** X X X X $ 0.00

**When was the debt incurred?** 04/17/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

Debtor 1 Robby Earl Brickler (First Name, Middle Name, Last Name)

Debtor 2 Jody Lynn Brickler (First Name, Middle Name, Last Name)

Case number *(if known)* __________

**4.7**

Cfna/Bsro
NonPriority Creditor's Name

6275 Eastland Road Br
Number Street

Brook Park OH 44142-1399
City State ZIP Code

**Who incurred the debt?** **Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 4 4 3

$ 2,432.00

**When was the debt incurred?** 07/01/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Charge Account

**4.8**

CRDT First
NonPriority Creditor's Name

Pob 81315
Number Street

Cleveland OH 44181
City State ZIP Code

**Who incurred the debt?** **Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** X X X X

$ 2,432.00

**When was the debt incurred?** 07/01/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Charge Account

Debtor 1 Robby Earl Brickler (First Name, Middle Name, Last Name)

Debtor 2 Jody Lynn Brickler (First Name, Middle Name, Last Name)

Case number *(if known)*

**4.9** Crdtonebnk
NonPriority Creditor's Name
P O Box 98873
Number Street

Las Vegas NV 89193-8873
City State ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0 2 7 5 — $ 2,663.00

**When was the debt incurred?** 07/01/2014

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

**4.10** Crdtonebnk
NonPriority Creditor's Name
P O Box 98873
Number Street

Las Vegas NV 89193-8873
City State ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 2 3 3 — $ 1,289.00

**When was the debt incurred?** 05/01/2021

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number (if known) ______

**4.11**

Disc/Cap1
NonPriority Creditor's Name

Po Box 31293
Number Street

Salt Lake City, UT 84131
City State ZIP Code

**Last 4 digits of account number** 3 6 3 8

$ 13,718.00

**When was the debt incurred?** 08/01/2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

**4.12**

Gmfnancial
NonPriority Creditor's Name

801 Cherry St. #3900 Fort
Number Street

Worth, TX 76102-6839
City State ZIP Code

**Last 4 digits of account number** 9 7 8 7

$ 1,654.00

**When was the debt incurred?** 09/01/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Account

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)* ______

**4.13**

JPMCB Card
NonPriority Creditor's Name

Po Box 15369
Number Street

Wilmington DE 19850
City State ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 1 0 7 1

$ 19,226.00

**When was the debt incurred?** 02/01/2024

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card

**4.14**

Macyscbna
NonPriority Creditor's Name

Po Box 6789
Number Street

Sioux Falls SD 57117
City State ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 6 2 7

$ 521.00

**When was the debt incurred?** 01/01/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Charge Account

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**4.15**

Midland Credit Management
NonPriority Creditor's Name

320 East Big Beaver Suite 300
Number Street

Troy MI 48083
City State ZIP Code

**Who incurred the debt?** **Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** X X X X

$ 4,059.00

**When was the debt incurred?** 06/20/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Collection Account

**4.16**

Midland Credit Management
NonPriority Creditor's Name

P.O. Box 939069
Number Street

San Diego CA 92193
City State ZIP Code

**Who incurred the debt?** **Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 2 5 5 6

$ 4,448.00

**When was the debt incurred?** 06/01/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Collection Account

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)* ______

**4.17**

Midlandcre
NonPriority Creditor's Name

320 East Big Beaver Suite 300
Number Street

Troy (City) MI (State) 48083 (ZIP Code)

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 8 5 6 0

$ 350.00

**When was the debt incurred?** 07/01/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Collection Account

**4.18**

Niss Infi
NonPriority Creditor's Name

P.O. Box 660360
Number Street

Dallas (City) TX (State) 75266-0360 (ZIP Code)

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 6 5 5 2

$ 0.00

**When was the debt incurred?** 12/01/2015

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Account

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)* ____________

**4.19**

SYNCB/Amaz
NonPriority Creditor's Name

Po Box 71737
Number Street

Philadelphia PA 19176
City State ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 2 0 1 9

$ 2,756.00

**When was the debt incurred?** 10/01/2017

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card

**4.20**

SYNCB/Amer
NonPriority Creditor's Name

Po Box 71727
Number Street

Philadelphia PA 19176
City State ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 2 1 9

$ 1,054.00

**When was the debt incurred?** 07/01/2023

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)* ______

**4.21**

SYNCB/Belk
NonPriority Creditor's Name

P.O. Box 71756
Number Street

Philadelphia PA 19176
City State ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 8 6 9

$ 1,106.00

**When was the debt incurred?** 03/01/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

**4.22**

SYNCB/Belkdc
NonPriority Creditor's Name

Po Box 71750
Number Street

Philadelphia PA 19176
City State ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** X X X X

$ 1,175.00

**When was the debt incurred?** 03/11/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)*

**4.23**

SYNCB/Sams
NonPriority Creditor's Name

Po Box 71727
Number Street

Philadelphia (City) PA (State) 19176 (ZIP Code)

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 9 7 8

$ 5,190.00

**When was the debt incurred?** 12/01/2021

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

**4.24**

SYNCB/Sams
NonPriority Creditor's Name

Po Box 71727
Number Street

Philadelphia (City) PA (State) 19176 (ZIP Code)

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 3 1 8

$ 1,972.00

**When was the debt incurred?** 12/01/2021

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

Debtor 1 Robby Earl Brickler
First Name Middle Name Last Name

Debtor 2 Jody Lynn Brickler
First Name Middle Name Last Name

Case number *(if known)* ____________

**4.25** Truist Bank dba Lightstream
NonPriority Creditor's Name
Po Box 849
Number Street

Wilson NC 27894
City State ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 3 9 5 4 — $ 37,564.00

**When was the debt incurred?** 01/01/2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Account

**4.26** U.S. Small Business Administration
NonPriority Creditor's Name
409 3rd St SW
Number Street

Washington DC 20416
City State ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** X X X X — $ 11,583.67

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Account

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number (if known) ____________

| Name / Address | On which entry in Part 1 or Part 2 did you list the original creditor? | Last 4 digits of account number |
|---|---|---|
| BK of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Line 4.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | 9623 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131 | Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | 3559 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131 | Line 4.5 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | 4928 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131 | Line 4.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | 8352 |
| Creditonebnk<br>Po Box 98872<br>Las Vegas, NV 89193 | Line 4.9 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | 0275 |
| Creditonebnk<br>Po Box 98872<br>Las Vegas, NV 89193 | Line 4.10 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims | 2233 |

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2: Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

Case number *(if known)* ____________

Andreu, Palma, Lavin & Solis PLLC
Name
815 Northwest 57th Avenue
Number Street
Suite 401
Miami FL 33126
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.15 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** X X X X

---

Midland Credit Management
Name
POB 939069
Number Street
San Diego CA 92193
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.15 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** X X X X

---

Marcadis Law Firm, P.A.
Name
5104 South Westshore Boulevard
Number Street
Tampa FL 33611
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.25 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 3 9 5 4

---

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| **Total claims from Part 1** | | | **Total claim** |
|---|---|---|---|
| | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 145,365.67 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 145,365.67 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ____________________

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

**1. Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number ______________________

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**Fill in this information to identify your case:**

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2 (Spouse, if filing): Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): ____________

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

____________ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not Employed | ☐ Employed<br>☑ Not Employed |
| **Occupation** | Sales | |
| **Employer's name** | Up and down Industries LLC | |
| **Employer's address** | 15864 Brothers Court (Number Street)<br>Unit 1<br>Fort Myers (City) FL (State) 33912 (ZIP Code) | Number Street<br>City State ZIP Code |
| **How long employed there?** | 2 weeks | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,600.35 | $ 0.00 |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Check if this is: *(if known)*

| | | | |
|---|---|---|---|
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 4,600.35 | $ 0.00 |
| **Copy line 4 here** ➔ | 4. | $ 4,600.35 | $ 0.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 351.93 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify ______ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h | 6. | $ 351.93 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,248.42 | $ 0.00 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 200.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 700.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** | 8h. | + $ | + $ 0.00 |
| Disability | | $ 1,728.02 | $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,628.02 | $ 0.00 |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Check if this is: *(if known)*

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ 6,876.44 + $ 0.00 = $ 6,876.44

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Specify.____________________ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11**
The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies 12. $ 6,876.44

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No
☑ Yes. Explain: Debtor anticipates his VA Disability will decrease in 2027

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ______

**Check if this is:**

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: ______ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

**1. Is this a joint case?**

- ☐ No. Go to line 2.
- ☑ Yes. **Does Debtor 2 live in a separate household?**
  - ☑ No
  - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**
Do not list Debtor 1 and Debtor 2.
Do not state the dependents' names.

- ☐ No
- ☑ Yes. Fill out this information for each dependent...

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 15 | ☐ No ☑ Yes |
| Daughter | 15 | ☐ No ☑ Yes |
| Mother-in-Law | . | ☐ No ☑ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

- ☑ No
- ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of**

**Your expenses**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**such assistance and have included it on Schedule I: Your Income (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,695.01 |
| **If not included in line 4:** | | |
| **4a.** Real estate taxes | 4a. | $ 0.00 |
| **4b.** Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| **4c.** Home maintenance, repair, and upkeep expenses | 4c. | $ 200.00 |
| **4d.** Homeowner's association or condominium dues | 4d. | $ 0.00 |
| **5. Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| **6. Utilities:** | | |
| **6a.** Electricity, heat, natural gas | 6a. | $ 500.00 |
| **6b.** Water, sewer, garbage collection | 6b. | $ 120.00 |
| **6c.** Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 330.00 |
| **6d.** Other. Specify: | 6d. | $ 0.00 |
| **7. Food and housekeeping supplies** | 7. | $ 1,400.00 |
| **8. Childcare and children's education costs** | 8. | $ 60.00 |
| **9. Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| **10. Personal care products and services** | 10. | $ 250.00 |
| **11. Medical and dental expenses** | 11. | $ 0.00 |
| **12. Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 400.00 |
| **13. Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| **14. Charitable contributions and religious donations** | 14. | $ 0.00 |
| **15. Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| **15a.** Life insurance | 15a. | $ 0.00 |
| **15b.** Health insurance | 15b. | $ 40.00 |
| **15c.** Vehicle insurance | 15c. | $ 165.00 |
| **15d.** Other insurance. Specify: | 15d. | $ 0.00 |
| **16. Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| **17. Installment or lease payments:** | | |
| **17a.** Car payments for Vehicle 1 | 17a. | $ 287.65 |
| **17b.** Car payments for Vehicle 2 | 17b. | $ 508.23 |
| **17c.** Other. Specify: | 17c. | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jody | Lynn | Brickler | | |
| | First Name | Middle Name | Last Name | | |

**17d.** Other. Specify: ______ 17d. $ 0.00

**18. Your payments of alimony, maintenance, and support** that you did not report as deducted from your pay on line 5, *Schedule I, Your Income (Official Form 106I).* 18. $ 0.00

**19. Other payments you make to support others who do not live with you.**

Specify: ______ 19. $ 0.00

**20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

**20a.** Mortgages on other property 20a. $ 0.00

**20b.** Real estate taxes 20b. $ 0.00

**20c.** Property, homeowner's, or renter's insurance 20c. $ 0.00

**20d.** Maintenance, repair, and upkeep expenses 20d. $ 0.00

**20e.** Homeowner's association or condominium dues 20e. $ 0.00

**21. Other.** Specify:

| Description | Amount |
|---|---|
| snake food | $ 200.00 |
| pet expenses | $ 100.00 |

21. +$ 300.00

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21. 22a. $ 7,455.89

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22b. $ 0.00

22c. Add line 22a and 22b. The result is your monthly expenses. 22c. $ 7,455.89

**23. Calculate your monthly net income.**

**23a.** Copy line 12 *(your combined monthly income)* from *Schedule I.* 23a. $ 6,876.44

**23b.** Copy your monthly expenses from line 22c above. 23b. -$ 7,455.89

**23c.** Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* 23c. $ -579.45

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

- ☑ No
- ☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ____________________

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 304,029.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 18,329.37 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 322,358.37 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D...... | $ 400,463.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 145,365.67 |
| **Your total liabilities** | $ 545,828.67 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 6,876.44 |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ______

5. *Schedule J: Your Expenses* (Official Form 106J)

Copy your monthly expenses from line 22c of *Schedule J* ........ $ 7,455.89

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose. " 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14. $ 7,792.55

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total Claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e.Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f | $ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ____________

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ____________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| *x* /s/ Robby Earl Brickler | *x* /s/ Jody Lynn Brickler |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 11/11/2026 | Date 11/11/2026 |
| MM / DD / YYYY | MM / DD / YYYY |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ____________________

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not Married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

☑ No. Go to Part 2.
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

Debtor 1 Robby Earl Brickler (First Name, Middle Name, Last Name)

Debtor 2 Jody Lynn Brickler (First Name, Middle Name, Last Name)

Case number *(if known)* ____________

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $ 53,056.09 | ☐ Wages, commissions, bonuses, tips | $ 0.00 |
| | ☐ Operating a business | $ 0.00 | ☐ Operating a business | $ 0.00 |
| For last calendar year: (January 1 to December 31, 2025) YYYY | ☑ Wages, commissions, bonuses, tips | $ 60,383.00 | ☐ Wages, commissions, bonuses, tips | $ 0.00 |
| | ☐ Operating a business | $ 0.00 | ☐ Operating a business | $ 0.00 |
| For the calendar year before that: (January 1 to December 31, 2024) YYYY | ☑ Wages, commissions, bonuses, tips | $ 104,363.00 | ☐ Wages, commissions, bonuses, tips | $ 0.00 |
| | ☐ Operating a business | $ 0.00 | ☐ Operating a business | $ 0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Disability Benefits | $ 19,008.22 | | |
| For last calendar year: (January 1 to December 31, 2025) YYYY | Disability Benefits | $ 20,736.00 | | |
| For the calendar year before that: (January 1 to December 31, 2024) YYYY | Disability Benefits | $ 20,736.00 | | |

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

Debtor 1: Robby Earl Brickler (First Name / Middle Name / Last Name)

Debtor 2: Jody Lynn Brickler (First Name / Middle Name / Last Name)

Case number *(if known)* ____________

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

** Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.*

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name / Number Street / City State ZIP Code | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| M&T Bank<br>1100 Wehrle Drive<br>Buffalo NY 14240 | Monthly | $ 8,085.03 | $ 373,728.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other____ |
| Truist Bank<br>Po Box 1847<br>Wilson NC 27894 | Monthly | $ 1,524.69 | $ 17,028.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other____ |
| Bridgcrest<br>Po Box 29018<br>Phoenix AZ 85038 | Monthly | $ 862.95 | $ 9,707.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other____ |

Debtor 1 Robby Earl Brickler (First Name, Middle Name, Last Name)
Debtor 2 Jody Lynn Brickler (First Name, Middle Name, Last Name)

Case number *(if known)* ______

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- [x] No
- [ ] Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- [x] No
- [ ] Yes. List all payments to an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- [ ] No
- [x] Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Midland Credit Management vs Robby Brickler<br>Case number: 26-SC-010684 | Default FJ entered Oct 15, 2026 | Circuit Court in and for Lee County (Court Name)<br>1700 Monroe Street (Number Street)<br>Fort Myers FL 33901 (City State ZIP Code) | [x] Pending<br>[ ] On appeal<br>[ ] Concluded |
| Case title: Truist Bank vs Rob Brickler<br>Case number: 26CC004343 | NOH scheduled for Dec 21, 2026 | Circuit Court in and for Lee County (Court Name)<br>1700 Monroe Street (Number Street)<br>Fort Myers FL 33901 (City State ZIP Code) | [x] Pending<br>[ ] On appeal<br>[ ] Concluded |
| Case title: Bank of America vs Rob Brickler<br>Case number: 25CC010200 | FJ entered Sept 4, 2026 and Writ of Garnishment entered Oct 19, 2026 | Circuit Court in and for Lee County (Court Name)<br>1700 Monroe Street (Number Street)<br>Fort Myers FL 33901 (City State ZIP Code) | [x] Pending<br>[ ] On appeal<br>[ ] Concluded |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- [x] No. Go to line 11.
- [ ] Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- [x] No
- [ ] Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- [x] No
- [ ] Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- [x] No
- [ ] Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- [x] No
- [ ] Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- [x] No
- [ ] Yes. Fill in the details.

| **Describe the property you lost and how the loss occurred** | **Describe any insurance coverage for the loss** Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | **Date of your loss** | **Value of property lost** |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- [x] No
- [ ] Yes. Fill in the details.

Debtor 1 Robby Earl Brickler
First Name Middle Name Last Name

Debtor 2 Jody Lynn Brickler
First Name Middle Name Last Name

Case number *(if known)*

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- [x] No
- [ ] Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

- [x] No
- [ ] Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- [x] No
- [ ] Yes. Fill in the details.

**Part 8:** **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

- [x] No
- [ ] Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- [x] No
- [ ] Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- [x] No
- [ ] Yes. Fill in the details.

**Part 9:** **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- [ ] No
- [x] Yes. Fill in the details.

| Location of Property | Describe the Property | Value |
|---|---|---|

Debtor 1 Robby Earl Brickler
First Name Middle Name Last Name

Debtor 2 Jody Lynn Brickler
First Name Middle Name Last Name

Case number (if known) ______

| | | | |
|---|---|---|---|
| Charleen York<br>Owner's Name<br>2017 Northwest 4th Street<br>Number Street<br><br>Cape Coral FL 33993<br>City State ZIP Code | 2017 Northwest 4th Street<br>Number Street<br><br>Cape Coral FL 33993<br>City State ZIP Code | Joint Debtor has signing authority only on her Mother's Fifth Third Checking Account #9563 which was setup so Debtor could help her mother pay bills after her father passed away. Debtor has no interest in money and is not her account. | $ 0.00 |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No
- ☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

- ☑ No
- ☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☑ No
- ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☑ No. None of the above applies. Go to Part 12.
- ☐ Yes. Check all that apply above and fill in the details below for each business.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Jody | Lynn | Brickler | |
| | First Name | Middle Name | Last Name | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- [x] No
- [ ] Yes. Fill in the details below.

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*x* /s/ Robby Earl Brickler
**Signature of Debtor 1**

**Date** 11/11/2026

*x* /s/ Jody Lynn Brickler
**Signature of Debtor 2**

**Date** 11/11/2026

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

- [x] No
- [ ] Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

- [x] No
- [ ] Yes. Name of person ______________________ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1: Robby (First Name) Earl (Middle Name) Brickler (Last Name)

Debtor 2 (Spouse, if filing): Jody (First Name) Lynn (Middle Name) Brickler (Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): ______

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

**1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Bridgcrest<br>Description of property securing debt: 2016 Ford Fusion, 133,000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: ______ | ☑ No<br>☐ Yes |
| Creditor's name: M&T Bank<br>Description of property securing debt: 2017 Northwest 4th Street, Cape Coral, FL 33993 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: ______ | ☐ No<br>☑ Yes |

Debtor 1 Robby Earl Brickler
First Name Middle Name Last Name

Debtor 2 Jody Lynn Brickler
First Name Middle Name Last Name

Case number *(if known)* ____________

Creditor's name: Truist Bank

Description of property securing debt: 2017 BMW 530i, 83,000 miles

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]: ____________

☑ No
☐ Yes

**Part 2: List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

**Part 3: Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

*x* /s/ Robby Earl Brickler
**Signature of Debtor 1**

**Date** 11/11/2026
MM/ DD/ YYYY

*x* /s/ Jody Lynn Brickler
**Signature of Debtor 2**

**Date** 11/11/2026
MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 (Spouse, if filing) | Jody | Lynn | Brickler |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) ______

**Check one box only as directed in this form and in Form 122A-1Supp:**

- [x] 1. There is no presumption of abuse.
- [ ] 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
- [ ] 3. The Means Test does not apply now because of qualified military service but it could apply later.

- [ ] Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

**12/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - [ ] **Not married.** Fill out Column A, lines 2-11.
   - [x] **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - [ ] **Married and your spouse is NOT filing with you. You and your spouse are:**

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 5,364.53 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 700.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 200.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 200.00 | − $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here → | $ 0.00 | $ 0.00 |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ______

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| 6. **Net income from rental and other real property** | | | | | |
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | **Copy here** ➔ | $ 0.00 | $ 0.00 |
| 7. **Interest, dividends, and royalties** | | | | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | | | | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:........................................ ↓

For you........................................................................ $ 0.00

For your spouse.......................................................... $ 0.00

9. **Pension or retirement income.** . Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title — $ 0.00 — $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| Source | Column A | Column B |
|---|---|---|
| VA Disability | $ 1,728.02 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | +$ 0.00 | +$ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 7,792.55 + $ 0.00 = $ 7,792.55

Total current monthly income

**Part 2: Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........ **Copy line 11 here** ➔ $ 7,792.55

Multiply by 12 (the number of months in a year). **x 12**

12b. The result is your annual income for this part of the form. 12b. $ 93,510.60

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Robby | Earl | Brickler |
| Debtor 2 | Jody | Lynn | Brickler |

Case number *(if known)* ________________

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live: FL

Fill in the number of people in your household: 5

Fill in the median family income for your state and size of household ........ 13. $ 125,861.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

## Part 3: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

*x* /s/ Robby Earl Brickler
Signature of Debtor 1

*x* /s/ Jody Lynn Brickler
Signature of Debtor 2

Date 11/11/2026 (MM / DD / YYYY)

Date 11/11/2026 (MM / DD / YYYY)

If you checked line 14a, do NOT fill out or file Form 122A–2

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**IN THE UNITED STATES BANKRUPTCY COURT**

Middle **DISTRICT OF** Florida

Ft. Myers (2) **DIVISION**

In RE:

Robby Brickler
Jody Brickler

CASE NO

CHAPTER Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above named debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 11/11/2026 Debtor 1 Signature /s/ Robby Earl Brickler
Brickler, Robby Earl

Date 11/11/2026 Debtor 2 Signature /s/ Jody Lynn Brickler
Brickler, Jody Lynn

**Am Honda Fin**
Po Box 168128
Irving, TX 75016

**Andreu, Palma, Lavin Solis PLLC**
815 Northwest 57th Avenue
Suite 401
Miami, FL 33126

**BanK of America**
400 Christiana Rd
Newark, DE 19713

**BK of Amer**
Po Box 982238
El Paso, TX 79998

**Bridgcrest**
Po Box 29018
Phoenix, AZ 85038

**Cap One**
Po Box 85015
Richmond, VA 23285-5075

**Capital One**
Po Box 31293
Salt Lake City, UT 84131

**CCB/Bjsclub**
Po Box 182120
Columbus, OH 43218

**Cfna/Bsro**
6275 Eastland Road Br
Brook Park, OH 44142-1399

**CRDT First**
Pob 81315
Cleveland, OH 44181

**Crdtonebnk**
P O Box 98873
Las Vegas, NV 89193-8873

**Creditonebnk**
Po Box 98872
Las Vegas, NV 89193

**Disc/Cap1**
Po Box 31293
Salt Lake City, UT 84131

**Equifax Attn: Bankruptcy Dept.**
P.O. Box 740241
Atlanta, GA 30374

**Experian Attn: Bankruptcy Dept.**
P.O. Box 2002
Allen, TX 75013

**GM Financial**
Po Box 181145
Arlington, TX 76096

**Gmfnancial**
801 Cherry St. 3900 Fort
Worth, TX 76102-6839

**JPMCB Card**
Po Box 15369
Wilmington, DE 19850

**M T Bank**
Po Box 900
Millsboro, DE 19966

**MT Bank**
1100 Wehrle Drive
Buffalo, NY 14240

**Macyscbna**
Po Box 6789
Sioux Falls, SD 57117

**Marcadis Law Firm, P.A.**
5104 South Westshore Boulevard
Tampa, FL 33611

**Midland Credit Management**
320 East Big Beaver Suite 300
Troy, MI 48083

**Midland Credit Management**
P.O. Box 939069
San Diego, CA 92193

**Midland Credit Management**
POB 939069
San Diego, CA 92193

**Midlandcre**
320 East Big Beaver Suite 300
Troy, MI 48083

**Niss Infi**

P.O. Box 660360
Dallas, TX 75266-0360

**Radius Global Solutions**
P.O. Box 390905
Minneapolis, MN 55439

**SYNCB/Amaz**
Po Box 71737
Philadelphia, PA 19176

**SYNCB/Amer**
Po Box 71727
Philadelphia, PA 19176

**SYNCB/Belk**
P.O. Box 71756
Philadelphia, PA 19176

**SYNCB/Belkdc**
Po Box 71750
Philadelphia, PA 19176

**SYNCB/Sams**
Po Box 71727
Philadelphia, PA 19176

**Transunion Attn: Bankruptcy Dept.**
P.O. Box 1000
Crum Lynne, PA 19022

**Truist**
Po Box 849
Wilson, NC 27894

**Truist Bank**
Po Box 1847
Wilson, NC 27894

**Truist Bank dba Lightstream**
Po Box 849
Wilson, NC 27894

**U.S. Small Business Administration**
409 3rd St SW
Washington, DC 20416